

# Fourth Court of Appeals
## San Antonio, Texas

March 3, 2015

No. 04-15-00064-CV

**IN THE INTEREST OF K.R.E.T.,** et al children,

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02260
Honorable Dick Alcala, Judge Presiding

## O R D E R

The reporter's record for this appeal was due to be filed on February 17, 2015. On February 26, 2015, this Court issued an order requiring that the reporter's record be filed on or before March 9. On February 27, 2015 the court report filed a notice of late record seeking a 30-day extension. This is an accelerated appeal of an order terminating appellant's parental rights. Accordingly, this court must dispose of this appeal no later than 180 days after the date the notice of appeal was filed. TEX. R. JUD. ADMIN. 6. This Court may not grant an extension of time for more than 10 days. TEX. R. APP. P. 35.3(c).

It is therefore ORDERED the reporter's records must be filed in this court no later than ten days from the date of this order. **FURTHER REQUESTS FOR EXTENSIONS OF TIME TO FILE THE RECORD ARE DISFAVORED**.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of March, 2015.

_____
Keith E. Hottle
Clerk of Court